FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

UNITIED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA COURTHOUSE

'11 MAR -4 P 2:44

CLERK U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

BRADY WALSTAD

   Plaintiff

                                               CASE NO. 11-cv-01013

VS

Berman & Rabin, P.A.,

   Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brady Walstad and the Defendant, Berman & Rabin, P.A., stipulate to the dismissal of this case with prejudice.

_____
Rachel Ommerman #21868
15280 Metcalf Avenue
Overland Park, Kansas 66223
(913)649-1555
(913)652-9474 Fax
rommerman@bermainrabin.com
Attorney For Defendant

_____
Brady Walstad
P O Box 201
Colwich, Kansas 67030
316-796-1283
Plaintiff